RECEIVED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

Sixth Court of appeals                                    March 5, 2015
State of Texas
100 State Line avenue #20
Texarkana, Texas 75501

RE: appellate Case Number : 06-15-00019-CR, 06-15-00020-CR
    Trial Court Case Number : F8859, F8796

Style: MARVIN FRANK HALL
            Vo
        STATE OF TEXAS

Dear clerk of the court:
    Inclosed please find my ~~motion~~ answer to the
8th District clerk letter dated Feb. 3, 2015. The
reason I am late answering the clerk letter.
I have been transfered to two different unit
in TDCJ. My mail is just now catching up
with me.
    Because of the reasons I stated in my reply. my
appeal should be filed in forma Pauferis.

                    Respectfully submitted,
                    Marvin F. Hall
                    MARVIN FRANK HALL #1259577
                    PRO SE
                    STRINGFELLOW UWFT
                    1200 FM 655
                    ROSHARON, TEXAS 77583

Ellen Jaggers
8th District Clerk
Franklin County
P.O. Box 750
208 South Texas Hwy 37
Mount Vernon, Texas 75457

RECEIVED IN
The Court of Appeals
Sixth District

MAR 0 9 2015

Texarkana, Texas
Debra Autrey, Clerk

March 5, 2015

RE: Ms. Jaggers letter dated Feb. 3, 2015, Cause Nos. F8796 and F8859, The State of Texas vs. Marvin Frank Hall:

Dear Ms. Jaggers:

I am now in ~~seg~~ receipt of the above letter. I got it yesterday March 4, 2015. In your letter you advised that to perfect my appeal. I needed to pay $146.00.

The district is well aware I don't have the fund to this cost. The clerk also know the court had to appoint counsel to represent me. The clerk also know I swore under oath I don't have means to pay.

Before this fee may be imposed, the trial court must make a determination supported by some factual basis in the record that the defendant has the financial resource to enable him to pay the costs of the legal services provided. Id.; Mayer v. State 309 S.W. 3d 552 (Tex. Crim. App. 2010)

If the record does not show that the defendant's financial circumstances does not support imposition of the $146.00 fee. The record does contain an affidavit establishing appellant's indigency, an

order appointing counsel.

Trial counsel was appointed rather than retained, and there is no factual basis in the record, to demonstrate that appellant has the financial resources and ability to pay the $146.00; ingly, appellant's Hall appeal must be filed in forma Pauperis.

Sincerely,

Marvin F. Hall

MARVIN F. HALL

PRO SE

TDCJ-ID #1259577

STRINGFELLOW UNIT

1200 FM 655

ROSHARON, TEXAS 77583

CC: 6th court of appeals.
file